|     |     |
| --- | --- |
| 1   | MORGAN, LEWIS & BOCKIUS LLP |
|     | JOHN S. BATTENFELD, SBN 119513 |
| 2   | 300 South Grand Avenue |
|     | Twenty-Second Floor |
| 3   | Los Angeles, CA 90071-3132 |
|     | Tel: 213.612.2500 |
| 4   | Fax: 213.612.2501 |
|     | email: jbattenfeld@morganlewis.com |
| 5   |     |
|     | MORGAN, LEWIS & BOCKIUS LLP |
| 6   | JENNIFER WHITE-SPERLING, SBN 166504 |
|     | 5 Park Plaza, Suite 1750 |
| 7   | Irvine, CA 92614 |
|     | Tel: 949.399.7000 |
| 8   | Fax: 949.399.7001 |
|     | email: jwhite-sperling@morganlewis.com |
| 9   |     |
|     | MORGAN, LEWIS & BOCKIUS LLP |
| 10  | M. MICHAEL COLE, SBN 235538 |
|     | One Market |
| 11  | Spear Street Tower |
|     | San Francisco, CA 94105 |
| 12  | Tel: 415.442.1000 |
|     | Fax: 415.442.1001 |
| 13  | email: mcole@morganlewis.com |

Attorneys for Defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA ORTMANN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY, a corporation; NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 07 2506<br><br>**DEFENDANTS NEW YORK LIFE INSURANCE COMPANY AND NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>[CIVIL LOCAL RULE 3-13] |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF OLGA ORTMANN AND HER ATTORNEYS OF RECORD:**

Pursuant to Northern District Local Rule 3-13(a), Defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation ("Defendants") hereby file this Notice of Pendency of Other Action or Proceeding.

**A.  Description of Other Action**

A civil action against Defendants entitled *Justin Opyrchal v. New York Life Insurance Company, Inc.*, is currently pending in the United States District Court for the Central District of California. *Opyrchal* was filed on December 11, 2006, in Los Angeles Superior Court and removed to United States District Court on January 22, 2007. The plaintiffs in both *Opyrchal* and the instant action claim to have been employed as insurance agents for Defendants in California and seek to bring their claims on behalf of a proposed class of current and former insurance agents.

In *Opyrchal*, the plaintiff alleges claims for failure to pay minimum wage, failure to reimburse for business expenses and unlawful deductions from wages, failure to provide itemized wage statements, and failure to pay all wages owed at the time of termination pursuant to California law. In addition, the *Opyrchal* plaintiff seeks any and all relief available pursuant to California Business and Professions Code section 17200. In this action, Plaintiff also alleges claims for failure to pay minimum wage, failure to reimburse for business expenses and unlawful deductions from wages, failure to provide itemized wage statements, and failure to pay all wages owed at the time of termination pursuant to California law, and seeks all relief available pursuant to California Business and Professions Code section 17200. In addition, Plaintiff alleges claims for failure to pay overtime, failure to provide meal and rest breaks, and for the common law tort of conversion.

**B.  The Title And Location Of The Court In Which The Other Action Is Pending.**

*Justin Opyrchal v. New York Life Insurance Company, Inc., et al.*, Case No. CV-07-518-SVW (VBFx); United States District Court for the Central District of California.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/938106.1                    2

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

C. **Whether Transfer Should Be Effected.**

Defendants intend to promptly file a motion based on the "First to File" doctrine, which will seek to dismiss, stay or transfer this action.

Dated: May 10, 2007

MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD
JENNIFER WHITE-SPERLING
M. MICHAEL COLE

By  /s/ M. Michael Cole
M. Michael Cole
Attorneys for Defendants
New York Life Insurance Company and
New York Life Insurance and Annuity Corporation