| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | JOHN S. BATTENFELD, SBN 119513<br>300 South Grand Avenue |
| 3 | Twenty-Second Floor<br>Los Angeles, CA 90071-3132 |
| 4 | Tel: 213.612.2500<br>Fax: 213.612.2501 |
| 5 | email: jbattenfeld@morganlewis.com |
| 6 | MORGAN, LEWIS & BOCKIUS LLP<br>JENNIFER WHITE-SPERLING, SBN 166504 |
| 7 | 5 Park Plaza, Suite 1750<br>Irvine, CA 92614 |
| 8 | Tel: 949.399.7000<br>Fax: 949.399.7001 |
| 9 | email: jwhite-sperling@morganlewis.com |
| 10 | MORGAN, LEWIS & BOCKIUS LLP<br>M. MICHAEL COLE, SBN 235538 |
| 11 | One Market<br>Spear Street Tower |
| 12 | San Francisco, CA 94105<br>Tel: 415.442.1000 |
| 13 | Fax: 415.442.1001<br>email: mcole@morganlewis.com |
| 14 | Attorneys for Defendants New York Life Insurance |
| 15 | Company and New York Life Insurance and Annuity Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OLGA ORTMANN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY, a corporation; NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | | Case No. C 07 2506<br><br>**DEFENDANT NEW YORK LIFE INSURANCE COMPANY AND NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION'S DISCLOSURE STATEMENT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/938068.1

DEFENDANTS' DISCLOSURE STATEMENT

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF OLGA ORTMANN AND HER ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant New York Life Insurance Company and New York Life Insurance and Annuity Corporation, certifies that, to the best of his knowledge:

No parent corporation or publicly held corporation owns ten percent (10%) or more of New York Life Insurance Company's stock.

New York Life Insurance and Annuity Corporation is a wholly-owned subsidiary of New York Life Insurance Company. No other publicly held corporation owns ten percent (10%) or more of New York Life Insurance and Annuity Corporation's stock.

Dated: May 10, 2007

MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD
JENNIFER WHITE-SPERLING
MICHAEL COLE

By _____
M. Michael Cole
Attorneys for Defendants
New York Life Insurance Company, and
New York Life Insurance and Annuity Corporation