1
MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD, SBN 119513

2
300 South Grand Avenue
Twenty-Second Floor

3
Los Angeles, CA  90071-3132
Tel: 213.612.2500

4
Fax: 213.612.2501
email: jbattenfeld@morganlewis.com

5

6
MORGAN, LEWIS & BOCKIUS LLP
M. MICHAEL COLE, SBN 235538

7
One Market, Spear Street Tower
San Francisco, CA 94105

8
Tel: 415.442.1000
Fax: 415.442.1001

9
email: mcole@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
JENNIFER WHITE-SPERLING, SBN
166504
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001
email: jwhite-sperling@morganlewis.com

10
Attorneys for Defendants New York Life
Insurance Company and New York Life

11
Insurance and Annuity Corporation

12

13
**UNITED STATES DISTRICT COURT**

14
**NORTHERN DISTRICT OF CALIFORNIA**

15
OLGA ORTMANN, as an individual and on
behalf of all others similarly situated,

16

Plaintiff,

17

v.

18
NEW YORK LIFE INSURANCE COMPANY, a

19
corporation; NEW YORK LIFE INSURANCE
AND ANNUITY CORPORATION, a

20
corporation; and DOES 1 through 20, inclusive,

21

Defendants.

Case No.  C-07-2506 JL

**DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE
AND**
**REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

22
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

23
    The undersigned party hereby declines to consent to the assignment of this case to United

24
States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case

25
to a United States District Judge.

26
Dated: May 16, 2007

27

28

Signature

Counsel for _____Defendants_____
(Plaintiff, Defendant, or indicate "pro se")