MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD, SBN 119513
JILL A. PORCARO, SBN 190412
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
email: jbattenfeld@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
JENNIFER WHITE-SPERLING, SBN 166504
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001
email: jwhite-sperling@morganlewis.com

Attorneys for Defendants New York Life Insurance
Company and New York Life Insurance and Annuity
Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| OLGA ORTMANN, as an individual and on behalf of all others similarly situated, | Case No. 3:07-CV-02506 |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |
| v. | [LOCAL RULE 6-1(a)] |
| NEW YORK LIFE INSURANCE COMPANY, a corporation; NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, a corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

///
///
///
///
///
///
///

1-SF/7551216.1

STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

1  Pursuant to Local Rule 6-1(a) of the United States District Court for the Northern District
2  of California, Plaintiff Olga Ortmann and Defendants New York Life Insurance Company and
3  New York Life Insurance and Annuity Company (collectively, "Defendants"), by and through
4  their respective counsel, hereby stipulate and agree to extend the time within which Defendants
5  may answer or otherwise respond to Plaintiff's Complaint, such that the last day for Defendants
6  to respond will be Thursday, May 24, 2007.

8  Dated: May 17, 2007            MORGAN, LEWIS & BOCKIUS LLP

10                                  By _____
11                                     M. Michael Cole
                                       Attorneys for Defendants

13 Dated: May 17, 2007            SCHWARTZ, DANIELS & BRADLEY

15                                  By _____
16                                     Marcus Bradley
                                       Attorneys for Plaintiff

1-SF/7551216.1                          2

STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT