| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | JOHN S. BATTENFELD, SBN 119513 |
| 2 | JILL A. PORCARO, SBN 190412 |
| | 300 South Grand Avenue |
| 3 | Twenty-Second Floor |
| | Los Angeles, CA 90071-3132 |
| 4 | Tel: 213.612.2500 |
| | Fax: 213.612.2501 |
| 5 | email: jbattenfeld@morganlewis.com |
| | email: jporcaro@morganlewis.com |
| 6 | |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | JENNIFER WHITE-SPERLING, SBN 166504 |
| | 5 Park Plaza, suite 1750 |
| 8 | Irvine, CA 92614 |
| | Tel: 949.399.7000 |
| 9 | Fax: 949.399.7001 |
| | email: jwhite-sperling@morganlewis.com |

Attorneys for Defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA ORTMANN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY, a corporation; NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:07-CV-02506-WHA<br><br>**DEFENDANTS' NOTICE OF MOTION TO STAY OR TRANSFER THIS ACTION OR, IN THE ALTERNATIVE, TO DISMISS PLAINTIFF'S FIRST, SECOND, FOURTH AND SIXTH THROUGH TWELFTH CAUSES OF ACTION PURSUANT TO "THE FIRST-TO-FILE" RULE**<br><br>Judge:       Hon. William Alsup<br>Date:        July 5, 2007<br>Time:       8:00 a.m.<br>Courtroom: 9, 19th Floor |

1    TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that on July 5, 2007, at 8:00 a.m., or as soon
3 thereafter as this matter may be heard in Courtroom 9 of the United States District
4 Court for the Northern District of California, 450 Golden Gate Avenue, San
5 Francisco, California 94102-3483, before the Honorable William Alsup,
6 Defendants New York Life Insurance Company and New York Life Insurance and
7 Annuity Corporation ("Defendants") will and hereby does move for an order
8 staying or transferring this action to the U.S. District Court for the Central District
9 or California or, in the alternative, dismissing (1) the first cause of action for
10 declaratory relief, (2) the second cause of action for alleged failure to pay minimum
11 wages in violation of Cal. Labor Code § 1194, (3) the fourth cause of action for
12 alleged failure to indemnify and illegal wage deductions in violation of Cal. Labor
13 Code §§ 226 and 2802, (4) the sixth cause of action for alleged failure to pay
14 compensation upon discharge in violation of Cal. Labor Code §§ 201-203, (5) the
15 seventh cause of action for alleged failure to furnish itemized wage statements upon
16 payment of wages in violation of Cal. Labor Code § 226, (6) the eighth cause of
17 action for an accounting, (7) the ninth cause of action for unjust enrichment, (8) the
18 tenth cause of action for conversion, (9) the eleventh cause of action for injunctive
19 relief, and (10) the twelfth cause of action for violation of Cal. Bus. & Prof. Code
20 §§ 17200 *et al*. pursuant to the "first-to-file" rule.

21    This motion is brought on the ground that a first-filed action now pending
22 before the U.S. District Court for the Central District of California entitled *Justin*
23 *Opyrchal v. New York Life Insurance Company, Inc., New York Life and Health*
24 *Insurance Company, Inc. and New York Life Insurance and Annuity Corporation*,
25 Case No. CV-07-518-VBF (VBKx) ("*Opyrchal* Action") includes claims identical
26 or substantially similar to those asserted by Plaintiff Olga Ortmann in the
27 Complaint and concerns similar parties and requests for relief.

1    This motion is based on this notice, the accompanying memorandum of
points and authorities in support of the motion, the accompanying Declaration of
Jill A. Porcaro, the accompanying proposed order, the Court's file in this case, and
on all other matters which may be judicially noticed or adduced at the hearing of
this matter.

Dated: May 24, 2007                    MORGAN, LEWIS & BOCKIUS LLP


                                       By /s/ JILL A. PORCARO
                                       Jill A. Porcaro
                                       Attorneys for Defendants
                                       New York Life Insurance Company
                                       and New York Life Insurance and
                                       Annuity Corporation