MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD, SBN 119513
JILL A. PORCARO, SBN 190412
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
email: jbattenfeld@morganlewis.com
email: jporcaro@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
JENNIFER WHITE-SPERLING, SBN 166504
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.700
Fax: 949.399.7001
email jwhitesperling@morganlewis.com

Attorneys for Defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA ORTMANN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY, a corporation; NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:07-CV-02506-WHA<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO STAY OR TRANSFER THIS ACTION, OR, IN THE ALTERNATIVE, TO DISMISS PLAINTIFF'S FIRST, SECOND, FOURTH, AND SIXTH THROUGH TWELFTH CAUSES OF ACTION PURSUANT TO THE "FIRST-TO-FILE" RULE**<br><br>Judge:     Hon. William Alsup<br>Date:      July 5, 2007<br>Time:      8:00 a.m.<br>Courtroom: 9, 19th Floor |

1-LA/939615.1

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO STAY

1   On July 5, 2007, Defendants New York Life Insurance Company and New
2   York Life Insurance and Annuity Corporation's Motion to Stay or Transfer This
3   Action, or, In the Alternative to Dismiss the First, Second, Fourth and Sixth
4   Through Twelfth Causes of Action Pursuant to the First-to-File Rule came on for
5   regularly scheduled hearing in Courtroom 9, of the United States District Court for
6   the Northern District of California, located at 450 Golden Gate Avenue, San
7   Francisco, California 94102. _____ appeared for Defendants and
8   _____ appeared for the Plaintiff.

9   Upon consideration of the pleadings, the papers, the arguments of counsel,
10  and with good cause shown, the Motion is hereby **GRANTED** in full.

11  The case is stayed [or transferred to the United States District Court, for the
12  Central District of California] [or Plaintiff's First, Second, Fourth and Sixth
13  through Twelfth causes of action in the Complaint are dismissed] pursuant to the
14  Ninth Circuit's "first-to-file" rule. Alltrade, Inc. v. Uniweld Products, Inc., 946
15  F.2d 622, 623 (9th Cir. 1991).

**IT IS SO ORDERED**

_____
THE HONORABLE WILLIAM ALSUP

RESPECTFULLY SUBMITTED BY:

JILL A. PORCARO, SBN 190412
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA 90071-3132
email: jporcaro@morganlewis.com

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/939615.1                1                [PROPOSED] ORDER REGARDING
                                              DEFENDANTS' MOTION TO STAY