MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD, SBN 119513
JILL A. PORCARO, SBN 190412
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
email: jbattenfeld@morganlewis.com
email: jporcaro@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
JENNIFER WHITE-SPERLING, SBN 166504
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001
email: jwhite-sperling@morganlewis.com

Attorneys for Defendants New York Life Insurance
Company and New York Life Insurance and
Annuity Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA ORTMANN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY, a corporation; NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:07-CV-02506-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE**<br><br>**[FED. R. CIV. PROC. 12(f)]**<br><br>Judge: Hon. William Alsup<br>Date: July 5, 2007<br>Time: 8:00 a.m.<br>Courtroom: 9, 19th Floor |

On July 5, 2007, Defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation's ("Defendants") Motion to Strike portions of Plaintiff's Complaint came on for regularly scheduled hearing in Courtroom 9, the Honorable William Alsup presiding. _____ appeared for Defendants and _____ appeared for Plaintiff. Upon consideration of the pleadings, papers, and arguments of counsel, and with good cause shown, it is hereby **ORDERED AND ADJUDGED THAT**:

Defendants' Motion is **GRANTED and**;

The following portions of Plaintiff's Complaint are struck, without leave to amend.

## LANGUAGE CONCERNING PUNITIVE AND EXEMPLARY DAMAGES
## SECOND CAUSE OF ACTION

1. Paragraph 29, in its entirety:

    "Defendants committed the acts alleged herein knowingly and willfully, with the wrongful and deliberate intention of injuring Plaintiff and members of the Plaintiff Class, from improper motives amounting to malice, and in conscious disregard of Plaintiff's rights and the rights of the Plaintiff Class. Plaintiff and members of the Plaintiff Class are thus entitled to recover nominal, actual, compensatory, punitive, and exemplary damages in amounts according to proof a time of trial, but in amounts in excess of the minimum jurisdiction of this Court."

## THIRD CAUSE OF ACTION

2. Paragraph 36, in its entirety:

"Defendants committed the acts alleged herein knowingly and willfully, with the wrongful and deliberate intention of injuring Plaintiff and members of the Plaintiff Class, from improper motives amounting to malice, and in conscious disregard of Plaintiff's rights and the rights of the Plaintiff Class. Plaintiff and members of the Plaintiff Class are thus entitled to recover nominal, actual, compensatory, punitive, and exemplary damages in amounts according to proof a time of trial, but in amounts in excess of the minimum jurisdiction of this Court."

## FOURTH CAUSE OF ACTION

3. Paragraph 43, in its entirety:

"Defendants committed the acts alleged herein knowingly and willfully, with the wrongful and deliberate intention of injuring Plaintiff and members of the Plaintiff Class, from improper motives amounting to malice, and in conscious disregard of Plaintiff's rights and the rights of the members of the Plaintiff Class. Plaintiff and members of the Plaintiff Class are thus entitled to recover nominal, actual, compensatory, punitive, and exemplary damages in amounts according to proof at time of trial, but in amounts in excess of the minimum jurisdiction of this Court."

## PRAYER FOR RELIEF

4. Prayer for Relief, paragraph 13, page 24, line 25, in its entirety: "For punitive and exemplary damages."

## CERTAIN LANGUAGE CONCERNING A FOUR YEAR STATUTE OF LIMITATIONS

### SECOND CAUSE OF ACTION

5.  Paragraph 27, page 11, lines 14 through 15 "during the four (4) years preceding the filing of the Complaint."

### THIRD CAUSE OF ACTION

6.  Paragraph 34, page 13, lines 6 through 7: "during the four (4) years preceding the filing of this Complaint."

### FOURTH CAUSE OF ACTION

7.  Paragraph 41, page 15, lines 1 through 3: "During the four (4) years preceding the filing of this Complaint."

## LANGUAGE CONCERNING PENALTIES PURSUANT TO SECTION 558 OF THE CALIFORNIA LABOR CODE

### FIFTH CAUSE OF ACTION

8.  Paragraph 48, page 16, lines 21 through 22: "Additionally, Plaintiff and members of the Plaintiff Class are entitled to penalties under *Labor Code* § 558.

## LANGUAGE CONCERNING CLAIMS FOR DISGORGEMENT THAT CANNOT BE BROUGHT UNDER THE UNFAIR COMPETITION LAW

### TWELFTH CAUSE OF ACTION

9.  Paragraph 85, page 23, lines 21 through 22, the words: "and profits to be disgorged from defendants."

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Irvine

1-LA/941073.1

4

[PROPOSED] ORDER GRANTING
DEFENDANTS MOTION TO STRIKE

| | |
|---|---|
| 1 | **PRAYER FOR RELIEF** |
| 2 | 10.　Paragraph 4, page 24, line 5, the words: "and disgorged profits from |
| 3 | the unlawful business practices of defendants." |
| 4 | |
| 5 | **IT IS SO ORDERED.** |

Dated: _____  By: _____
United States District Court Judge

RESPECTFULLY SUBMITTED BY:

JILL A. PORCARO, SBN 190412
MORGAN, LEWIS & BOCKIUS LLP
300 S. Grand Ave.
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
email: jporcaro@morganlewis.com

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

1-LA/941073.1    5    [PROPOSED] ORDER GRANTING
DEFENDANTS MOTION TO STRIKE