MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD, SBN 119513
JILL A. PORCARO, SBN 190412
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
email: jbattenfeld@morganlewis.com
email: jporcaro@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
JENNIFER WHITE-SPERLING, SBN 166504
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001
email: jwhite-sperling@morganlewis.com

Attorneys for Defendants New York Life Insurance
Company and New York Life Insurance and
Annuity Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA ORTMANN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY, a corporation; NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:07-CV-02506-WHA<br><br>**DEFENDANTS NEW YORK LIFE INSURANCE COMPANY AND NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS THE EIGHTH, NINTH, TENTH AND ELEVENTH CAUSES OF ACTION IN PLAINTIFF'S COMPLAINT**<br><br>[FED. R. CIV. PROC. 12(b)(6)]<br><br>Judge: Hon. William Alsup<br>Date: July 5, 2007<br>Time: 8:00 a.m.<br>Courtroom: 9, 19th Floor |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

1-IR/431334.1

NOTICE OF MOTION AND MOTION TO DISMISS

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on July 5, 2007, at 8:00 a.m., or as soon thereafter as this matter may be heard by the Court, Defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation ("Defendants") will and hereby do move to dismiss, the eighth, ninth, tenth, and eleventh causes of action in Plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. This motion is based upon this notice, the accompanying memorandum of points and authorities, the proposed order, all pleadings and papers on file in this action, and such other matters as may be presented to the Court at the time of the hearing.

Dated: May 24, 2007

MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD
JENNIFER WHITE-SPERLING
JILL A. PORCARO


By /s/ JILL A. PORCARO
Jill A. Porcaro
Attorneys for Defendants
New York Life Insurance Company
and New York Life Insurance and
Annuity Corporation

---

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/431334.1      1      NOTICE OF MOTION AND MOTION TO DISMISS