MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD, SBN 119513
JILL A. PORCARO, SBN 190412
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
email: jbattenfeld@morganlewis.com
email: jporcaro@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
JENNIFER WHITE-SPERLING, SBN 166504
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001
email: jwhite-sperling@morganlewis.com

Attorneys for Defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA ORTMANN, as an individual and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NEW YORK LIFE INSURANCE COMPANY, a corporation; NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, a corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:07-CV-02506-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' NEW YORK LIFE INSURANCE COMPANY AND NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION'S MOTION FOR TO DISMISS THE EIGHTH, NINTH, TENTH, AND ELEVENTH CAUSES OF ACTION IN PLAINTIFF'S COMPLAINT**<br><br>Judge:　　Hon. William Alsup<br>Date:　　July 5, 2007<br>Time:　　8:00 a.m.<br>Courtroom:　9, 19th Floor |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-SF/7548368.1

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS

On _____, Defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation's ("Defendants") Motion to Dismiss the Eighth, Ninth, Tenth, and Eleventh Causes of Action in Plaintiff's Complaint came on for regularly scheduled hearing in Courtroom 9, the Honorable William Alsup presiding. _____ appeared for Defendants and _____ appeared for Plaintiff. Upon consideration of the pleadings, papers, and arguments of counsel, and with good cause shown, it is hereby **ORDERED AND ADJUDGED THAT**:

Defendants' Motion is **GRANTED and**;

Plaintiff's Eighth, Ninth, Tenth, and Eleventh Causes of Action are dismissed, with prejudice.

**IT IS SO ORDERED.**

Dated:                                  By: _____

United States District Court Judge

RESPECTFULLY SUBMITTED BY:

JILL A. PORCARO, SBN 190412
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA 90071-3132
email: jporcaro@morganlewis.com

1-SF/7548368.1                            1                [PROPOSED] ORDER GRANTING
                                                           DEFENDANTS' MOTION TO DISMISS