| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | JOHN S. BATTENFELD, SBN 119513<br>JILL A. PORCARO, SBN 190412 |
| 3 | 300 South Grand Avenue<br>Twenty-Second Floor |
| 4 | Los Angeles, CA 90071-3132<br>Tel: 213.612.2500 |
| 5 | Fax: 213.612.2501<br>email: jbattenfeld@morganlewis.com |
| 6 | email: jporcaro@morganlewis.com |
| 7 | MORGAN, LEWIS & BOCKIUS LLP<br>JENNIFER WHITE-SPERLING, SBN 166504 |
| 8 | 5 Park Plaza, Suite 1750<br>Irvine, CA 92614 |
| 9 | Tel: 949.399.700<br>Fax: 949.399.7001 |
| 10 | email jwhitesperling@morganlewis.com |
| 11 | Attorneys for Defendants New York Life Insurance<br>Company and New York Life Insurance and |
| 12 | Annuity Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA ORTMANN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY, a corporation; NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:07-CV-02506-WHA<br><br>**PROOF OF SERVICE**<br><br>Judge:      Hon. William Alsup<br>Date:       July 5, 2007<br>Time:       8:00 a.m.<br>Courtroom: 9, 19th Floor |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/941099.1

PROOF OF SERVICE

I, Karen D. Thompson, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is Morgan, Lewis & Bockius LLP, 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, California 90071-3132

On **May 24, 2007**, I served the within documents listed in Attachment A by placing the documents in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

<u>Service List</u>

MARLIN & SALTZMAN
Stanely D. Saltzman, Esq.
Louis M. Marlin, Esq.
Christina A. Humphrey, Esq.
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
818.991.8080  Fax: 818.991.8081

SCHWARTZ, DANIELS & BRADLEY
Marcus Bradley, Esq.
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
310.478.5838  Fax: 310.478.1232

LAW OFFICES OF PETER M. HART
Peter M. Hart, Esq.
13952 Bora Bora Way, F-320
Marina Del Rey, California 90292
310.478.5789  Fax: 509.561.6441

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1     Executed on **May 24, 2007**, at Los Angeles, California.

2 I declare under penalty of perjury, under the laws of the State of California, that the

3 foregoing is true and correct.

_____
Karen D. Thompson

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Pittsburgh

# ATTACHMENT A

1. DEFENDANTS NEW YORK LIFE INSURANCE COMPANY AND NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS THE EIGHTH, NINTH, TENTH AND ELEVENTH CAUSES OF ACTION IN PLAINTIFF'S COMPLAINT

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE EIGHTH, NINTH, TENTH, AND ELEVENTH CAUSES OF ACTION IN PLAINTIFF'S COMPLAINT

3. [PROPOSED] ORDER GRANTING DEFENDANTS NEW YORK LIFE INSURANCE COMPANY AND NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION'S MOTION FOR TO DISMISS THE EIGHTH, NINTH, TENTH, AND ELEVENTH CAUSES OF ACTION IN PLAINTIFF'S COMPLAINT

4. DEFENDANTS' NOTICE OF MOTION TO STAY OR TRANSFER THIS ACTION OR, IN THE ALTERNATIVE, TO DISMISS PLAINTIFF'S FIRST, SECOND, FOURTH AND SIXTH THROUGH TWELFTH CAUSES OF ACTION PURSUANT TO "THE FIRST-TO-FILE" RULE

5. DECLARATION OF JILL A. PORCARO IN SUPPORT OF DEFENDANTS' MOTION TO STAY OR TRANSFER THIS ACTION, OR, IN THE ALTERNATIVE, TO DISMISS PLAINTIFF'S SECOND, FOURTH, AND SIXTH THROUGH TWELFTH CAUSES OF ACTION PURSUANT TO THE "FIRST-TO-FILE" RULE

6. DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO STAY OR TRANSFER THIS ACTION, OR, IN THE ALTERNATIVE, TO DISMISS PLAINTIFF'S FIRST, SECOND, FOURTH AND SIXTH THROUGH TWELFTH CAUSES OF ACTION PURSUANT TO "THE FIRST-TO-FILE" RULE

7. [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO STAY OR TRANSFER THIS ACTION, OR, IN THE ALTERNATIVE, TO DISMISS PLAINTIFF'S FIRST, SECOND, FOURTH, AND SIXTH THROUGH TWELFTH CAUSES OF ACTION PURSUANT TO THE "FIRST-TO-FILE" RULE

8. DEFENDANTS NEW YORK LIFE INSURANCE AND NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION'S NOTICE OF MOTION AND MOTION TO STRIKE

9. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE

10. [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE