1  MORGAN, LEWIS & BOCKIUS LLP
   JOHN S. BATTENFELD, SBN 119513
2  JILL A. PORCARO, SBN 190412
   300 South Grand Avenue
3  Twenty-Second Floor
   Los Angeles, CA 90071-3132
4  Tel: 213.612.2500
   Fax: 213.612.2501
5  email: jbattenfeld@morganlewis.com
   email: jporcaro@morganlewis.com
6
   MORGAN, LEWIS & BOCKIUS LLP
7  JENNIFER WHITE-SPERLING, SBN 166504
   5 Park Plaza, suite 1750
8  Irvine, CA 92614
   Tel: 949.399.7000
9  Fax: 949.399.7001
   email: jwhite-sperling@morganlewis.com
10
   Attorneys for Defendants New York Life Insurance
11 Company and New York Life Insurance and
   Annuity Corporation
12
                UNITED STATES DISTRICT COURT
13
               NORTHERN DISTRICT OF CALIFORNIA
14

| 15 | OLGA ORTMANN, as an individual and on behalf of all others similarly situated, | Case No. 3:07-CV-02506-WHA |
|---|---|---|
| 16 | | **DEFENDANTS' NOTICE OF MOTION TO STAY OR TRANSFER THIS ACTION OR, IN THE ALTERNATIVE, TO DISMISS PLAINTIFF'S FIRST, SECOND, FOURTH AND SIXTH THROUGH TWELFTH CAUSES OF ACTION PURSUANT TO "THE FIRST-TO-FILE" RULE** |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | NEW YORK LIFE INSURANCE COMPANY, a corporation; NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, a corporation; and DOES 1 through 20, inclusive, | |
| 20 | | Judge: Hon. William Alsup |
| 21 | | Date: July 5, 2007 |
| 22 | Defendants. | Time: 8:00 a.m. |
| | | Courtroom: 9, 19th Floor |

23
24
25
26
27
28

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 5, 2007, at 8:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 9 of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102-3483, before the Honorable William Alsup, Defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation ("Defendants") will and hereby does move for an order staying or transferring this action to the U.S. District Court for the Central District or California or, in the alternative, dismissing (1) the first cause of action for declaratory relief, (2) the second cause of action for alleged failure to pay minimum wages in violation of Cal. Labor Code § 1194, (3) the fourth cause of action for alleged failure to indemnify and illegal wage deductions in violation of Cal. Labor Code §§ 226 and 2802, (4) the sixth cause of action for alleged failure to pay compensation upon discharge in violation of Cal. Labor Code §§ 201-203, (5) the seventh cause of action for alleged failure to furnish itemized wage statements upon payment of wages in violation of Cal. Labor Code § 226, (6) the eighth cause of action for an accounting, (7) the ninth cause of action for unjust enrichment, (8) the tenth cause of action for conversion, (9) the eleventh cause of action for injunctive relief, and (10) the twelfth cause of action for violation of Cal. Bus. & Prof. Code §§ 17200 *et al.* pursuant to the "first-to-file" rule.

This motion is brought on the ground that a first-filed action now pending before the U.S. District Court for the Central District of California entitled *Justin Opyrchal v. New York Life Insurance Company, Inc., New York Life and Health Insurance Company, Inc. and New York Life Insurance and Annuity Corporation,* Case No. CV-07-518-VBF (VBKx) ("*Opyrchal* Action") includes claims identical or substantially similar to those asserted by Plaintiff Olga Ortmann in the Complaint and concerns similar parties and requests for relief.

1        This motion is based on this notice, the accompanying memorandum of

2    points and authorities in support of the motion, the accompanying Declaration of

3    Jill A. Porcaro, the accompanying proposed order, the Court's file in this case, and

4    on all other matters which may be judicially noticed or adduced at the hearing of

5    this matter.

6    

7    Dated:  May 24, 2007                 MORGAN, LEWIS & BOCKIUS LLP

8    

9                              By /s/ JILL A. PORCARO

                          Jill A. Porcaro

10                              Attorneys for Defendants

                          New York Life Insurance Company

11                              and New York Life Insurance and

                          Annuity Corporation

12    

13    

14    

15    

16    

17    

18    

19    

20    

21    

22    

23    

24    

25    

26    

27    

28