1  MORGAN, LEWIS & BOCKIUS LLP
   JOHN S. BATTENFELD, SBN 119513
2  JILL A. PORCARO, SBN 190412
   300 South Grand Avenue
3  Twenty-Second Floor
   Los Angeles, CA  90071-3132
4  Tel:  213.612.2500
   Fax:  213.612.2501
5  email: jbattenfeld@morganlewis.com
   email: jporcaro@morganlewis.com
6
   MORGAN, LEWIS & BOCKIUS LLP
7  JENNIFER WHITE-SPERLING, SBN 166504
   5 Park Plaza, suite 1750
8  Irvine, CA  92614
   Tel:   949.399.7000
9  Fax:  949.399.7001
   email: jwhite-sperling@morganlewis.com
10
   Attorneys for Defendants New York Life Insurance
11 Company and New York Life Insurance and
   Annuity Corporation
12
                  UNITED STATES DISTRICT COURT
13
              NORTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15  OLGA ORTMANN, as an individual and on behalf of all others similarly situated, <br><br> 16 <br><br> 17                    Plaintiff, <br><br>                    v. <br><br> 18  NEW YORK LIFE INSURANCE <br> 19  COMPANY, a corporation; NEW <br> YORK LIFE INSURANCE AND <br> 20  ANNUITY CORPORATION, a <br> corporation; and DOES 1 through 20, <br> 21  inclusive, <br><br> 22                    Defendants. <br><br> 23 | Case No. 3:07-CV-02506-WHA <br><br> **DEFENDANTS' NOTICE OF MOTION TO STAY OR TRANSFER THIS ACTION OR, IN THE ALTERNATIVE, TO DISMISS PLAINTIFF'S FIRST, SECOND, FOURTH AND SIXTH THROUGH TWELFTH CAUSES OF ACTION PURSUANT TO "THE FIRST-TO-FILE" RULE** <br><br> Judge:      Hon. William Alsup <br> Date:       July 5, 2007 <br> Time:       8:00 a.m. <br> Courtroom: 9, 19th Floor |

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 5, 2007, at 8:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 9 of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102-3483, before the Honorable William Alsup, Defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation ("Defendants") will and hereby does move for an order staying or transferring this action to the U.S. District Court for the Central District or California or, in the alternative, dismissing (1) the first cause of action for declaratory relief, (2) the second cause of action for alleged failure to pay minimum wages in violation of Cal. Labor Code § 1194, (3) the fourth cause of action for alleged failure to indemnify and illegal wage deductions in violation of Cal. Labor Code §§ 226 and 2802, (4) the sixth cause of action for alleged failure to pay compensation upon discharge in violation of Cal. Labor Code §§ 201-203, (5) the seventh cause of action for alleged failure to furnish itemized wage statements upon payment of wages in violation of Cal. Labor Code § 226, (6) the eighth cause of action for an accounting, (7) the ninth cause of action for unjust enrichment, (8) the tenth cause of action for conversion, (9) the eleventh cause of action for injunctive relief, and (10) the twelfth cause of action for violation of Cal. Bus. & Prof. Code §§ 17200 *et al.* pursuant to the "first-to-file" rule.

This motion is brought on the ground that a first-filed action now pending before the U.S. District Court for the Central District of California entitled *Justin Opyrchal v. New York Life Insurance Company, Inc., New York Life and Health Insurance Company, Inc. and New York Life Insurance and Annuity Corporation,* Case No. CV-07-518-VBF (VBKx) ("*Opyrchal* Action") includes claims identical or substantially similar to those asserted by Plaintiff Olga Ortmann in the Complaint and concerns similar parties and requests for relief.

1    This motion is based on this notice, the accompanying memorandum of

2    points and authorities in support of the motion, the accompanying Declaration of

3    Jill A. Porcaro, the accompanying proposed order, the Court's file in this case, and

4    on all other matters which may be judicially noticed or adduced at the hearing of

5    this matter.

6

7    Dated:  May 24, 2007                       MORGAN, LEWIS & BOCKIUS LLP

8

9                                               By /s/ JILL A. PORCARO
                                                   Jill A. Porcaro
10                                                 Attorneys for Defendants
                                                   New York Life Insurance Company
11                                                 and New York Life Insurance and
                                                   Annuity Corporation

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28